Christopher Sproul (State Bar No. 126398)
csproul@enviroadvocates.com
Brian Orion (State Bar No. 239460)
borion@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

Matthew C. Maclear (Bar No. 209228)
mcm@atalawgroup.com
ATA Law Group
4030 Martin Luther King, Jr. Way
Oakland, CA 94609
Telephone: (916) 202-3018

Attorneys for Plaintiffs
ECOLOGICAL RIGHTS FOUNDATION and
SANTA BARBARA CHANNELKEEPER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOT LINE CONSTRUCTION, INC. and SOUTHERN CALIFORNIA EDISON, <br><br> Defendants. | Case No. 5:20-cv-01108-AB-KK <br><br> NOTICE OF SETTLEMENT AND LODGING OF PROPOSED STIPULATED ORDER AND CONSENT DECREE |

1  Plaintiffs Ecological Rights Foundation and Santa Barbara Channelkeeper and
2  Defendant Hot Line Construction, Inc. ("Hot Line") have reached a settlement agreement
3  in this matter in form of a stipulation for entry of a proposed consent decree (attached).
4  The parties jointly agree that this settlement resolution should render trial unnecessary in
5  this matter. The parties jointly request that the Court approve of the stipulation and
6  thereby enter the consent decree—and cancel the trial scheduled to commence on
7  October 10, 2023 at 9:00 a.m.
8  The parties intend to appear tomorrow to address this proposed resolution.
9  DATED: Oct. 9, 2023

*Christopher A. Sproul*

Christopher Sproul
Attorney for Plaintiffs
Ecological Rights Foundation and Santa Barbara Channelkeeper