Christopher Sproul (State Bar No. 126398)
csproul@enviroadvocates.com
Brian Orion (State Bar No. 239460)
borion@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

Matthew C. Maclear (Bar No. 209228)
mcm@atalawgroup.com
ATA Law Group
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018

Attorneys for Plaintiffs
ECOLOGICAL RIGHTS FOUNDATION and
SANTA BARBARA CHANNELKEEPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOT LINE CONSTRUCTION, INC., et al., <br><br> Defendants. | Civil Case No. 5:20-cv-01108-AB-KK <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** <br><br> Hearing Date: Feb. 16, 2024, 10:00am <br> Location: 350 West First Street, Los Angeles, CA 90012, Courtroom 7B, Los Angeles, California <br> Judge: Hon. District Judge Andre Birotte |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Ecological Rights Foundation and Santa Barbara Channelkeeper will and hereby do move the Court, the Honorable André Birotte, United States District Court Judge, in the U.S. District Court for the Central District of California, located in Courtroom 7B, of the First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA 90012, for an Order granting Plaintiffs' Motion for Attorneys' Fees and Costs and awarding Plaintiffs their reasonable attorneys' fees and costs in this matter, as detailed in this Notice of Motion and Motion, Memorandum in Support of this Motion, and associated declarations and other exhibits.

This Motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees and Costs, all declarations and other exhibits associated therewith, the proposed order, and any argument the Court may entertain at the hearing on this matter.

This Motion is made pursuant to the Court's January 3, 2024 order granting the Parties' stipulation to extend Plaintiffs' deadline to file a motion for attorneys' fees and costs in this matter to January 22, 2024. *See* Dkt. 256.

Date: January 19, 2024

Respectfully submitted,

*/s/ Christopher Sproul*
Christopher Sproul
*Attorney for Plaintiffs*

Notice of Motion and Motion for Attorneys' Fees and Costs

1

No. 5:20-cv-01108-AB-KK